**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:    (818) 532-6499
E-mail: jpafiti@pomlaw.com
*- additional counsel on signature page -*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE WALSH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PATTERN ENERGY GROUP INC., MICHAEL M. GARLAND, and MICHAEL J. LYON,<br><br>Defendants | Case No. 4:16-cv-06560<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate to the dismissal of the above-captioned action (the "Action") with prejudice by lead plaintiffs Robert Kezer and Frank Rowe Michels and plaintiff Terence Walsh ("Plaintiffs") as to Pattern Energy Group Inc., Michael M. Garland, and Michael J. Lyon (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as grounds therefor state as follows:

WHEREAS, on January 31, 2017, Plaintiffs Robert Kezer and Frank Rowe Michels were appointed as the lead plaintiffs in this Action;

WHEREAS, Defendants deny that they engaged in any wrongful acts or are liable on any of the claims in this Action;

WHEREAS, this Action has not been certified as a class action;

1

WHEREAS, in consideration of the covenants and agreements contained in this Stipulation, the undersigned parties hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be dismissed with prejudice by the undersigned Plaintiffs as to all Defendants, with each side to bear its own attorneys' fees and costs incurred in connection with this Action;

2. The undersigned parties mutually agree not to seek or assert any claim against the other(s) for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the Action was brought or defended in bad faith or without a reasonable basis;

3. This Stipulation constitutes the entire and complete agreement between the undersigned parties, the terms and conditions contained herein are contractual and not a mere recital, and such terms and conditions shall not be amended, supplemented or abrogated other than by a written instrument signed by each affected party hereto, or by the authorized representative of each party; and

4. This Stipulation shall not be construed against the party preparing it, but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

THEREFORE, it is hereby stipulated and agreed by all undersigned parties that this Action be dismissed with prejudice as to all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: March 13, 2017

| | |
|---|---|
| **POMERANTZ LLP** | **DAVIS POLK & WARDWELL LLP** |
| /s/ *Jennifer Pafiti* | /s/ *[signature]* |
| Jennifer Pafiti (SBN 282790) | Edmund Polubinski III (admitted *pro hac vice*) |
| 468 North Camden Drive | Bryan McArdle (admitted *pro hac vice*) |
| Beverly Hills, CA 90210 | 450 Lexington Avenue |
| Telephone: (818) 532-6499 | New York, New York 10017 |
| jpafiti@pomlaw.com | Telephone: (212) 450-4000 |
| | Facsimile: (212) 701-5800 |

**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
Tamar A. Weinrib (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
taweinrib@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Lead Counsel for Plaintiffs*

edmund.polubinski.@davispolk.com
bryan.mcardle@davispolk.com

**DAVIS POLK & WARDWELL LLP**
Neal A. Potischman (SBN 254862)
Jayeeta Kundu (SBN 291599)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
neal.potischman@davispolk.com
jayeeta.kundu@davispolk.com

*Attorneys for Defendants Pattern Energy Group Inc., Michael M. Garland, and Michael J. Lyon*

### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Tamar Weinrib, attest that concurrence in filing this document has been obtained from the other signatories.

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____        _____
                                    HONORABLE YVONNE GONZALEZ ROGERS
                                    U.S. DISTRICT JUDGE

Stipulation of Dismissal with Prejudice
Case No. 4:16-cv-06560

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, a copy of the foregoing was filed electronically via the Court's CM/ECF system, and served by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Court's Manual Notice List. Parties may access this filing through the Court's CM/ECF System.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2017.

/s/ Tamar A. Weinrib
Tamar A. Weinrib

**POMERANTZ LLP**
600 Third Avenue, 20th Fl.
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
taweinrib@pomlaw.com