# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE WALSH, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>PATTERN ENERGY GROUP INC., MICHAEL M. GARLAND, and MICHAEL J. LYON,<br><br>　　　　　　　　　　Defendants | Case No. 4:16-cv-06560<br><br>**ORDER OF DISMISSAL BASED UPON STIPULATION**<br><br>Dkt No. 42, 43 |

Based upon the stipulation of the parties (Dkt. No. 43), this action is **DISMISSED** with prejudice as to all claims against defendants Pattern Energy Group Inc., Michael M. Garland, and Michael J. Lyon by lead plaintiffs Robert Kezer and Frank Rowe Michels and Plaintiff Terence Walsh, with each side to bear its own attorneys' fees and costs. As noted, this dismissal only concerns the parties referenced and not the uncertified class.

**IT IS SO ORDERED**.

This terminates Docket Nos. 42 and 43.

Date: Octej "36."4239

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE